IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VERONIKA McCARTHY,

    Debtor-Appellant,           JUDGMENT IN A CIVIL CASE

v.          Case No. 13-cv-92-wmc

NEKOOSA PORT EDWARDS STATE
BANK,

    Creditor-Appellee.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered

    (1) affirming the bankruptcy court's denial of appellant Veronika McCarthy's application to employ an interpreter; and

    (2) affirming the bankruptcy court's ruling allowing appellee Nekoosa Port Edwards State Bank to incorporate its attorney's fees in its secured claim.

.

    /s/          7/31/2013

Peter Oppeneer, Clerk of Court          Date